United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 17-32880 |
| HOPEWELL-PILOT PROJECT, LLC | § | |
| AND TITLE ROVER, LLC, | § | CHAPTER 7 |
| | § | |
| Debtors. | § | |
| | § | |
| HOPEWELL-PILOT PROJECT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 17-3315 |
| | § | |
| ENSOURCE INVESTMENTS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER SETTING STATUS CONFERENCE

This adversary proceeding was filed on July 22, 2017, and the last activity was an Agreed Order dismissing the individual defendants from this case (ECF No. 43). There is also another adversary case with the same plaintiff and defendant filed under Case No. 17-3365.

There is a pending motion to abstain and dismiss filed on August 23, 2017, at ECF No. 20, which was abated on December 5, 2017 (ECF No. 39).

**ACCORDINGLY, IT IS ORDERED** that a status conference is set for December 13, 2023, at 2:30 p.m. a.m. in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas in order to advise the Court of the current status of the litigation.

**SO ORDERED.**

SIGNED 10/19/2023

_____
Jeffrey Norman
United States Bankruptcy Judge